IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. _____

MICHAEL K. WISEMAN,            )
                               )
        Plaintiff,             )
                               )
vs.                            )
                               )
                               )
                               )
                               )
ATLANTIC TRADE GROUP,          )
LLC d/b/a DRIFT COFFEE         )
AND KITCHEN,                   )
                               )
        Defendant.             )

**COMPLAINT FOR UNPAID WAGES, LIQUIDATED DAMAGES,
AND COUNSEL FEES [FAIR LABOR STANDARDS ACT TITLE 29, USC]**

Plaintiff alleges:

THE PARTIES

1. At all times material to this action, Plaintiff was, and is now, a citizen and resident of New Hanover County, North Carolina.

2. At all times material to this action, Defendant was, and is now, a limited liability company authorized to transact business in the State of North Carolina with its principal place of business in Oak Island, Brunswick County, North Carolina.

1

## SUBJECT MATTER JURISDICTION

3. At all times material to this action, Defendant operated a retail food service business in Oak Island, North Carolina, and was actively engaged in the planning and preparation for the opening of a second retail food service business at a location in Wilmington, North Carolina. Such second location actually opened for business and is now conducting business known as Drift Coffee and Kitchen at a facility adjacent to Eastwood Road in Wilmington, North Carolina,

4. From early September 2016 until 1 September 2017 Defendant was actively engaged in the search for and acquisition of restaurant equipment and furnishings, food items, and other food related products, and other personal property to facilitate the food preservation, preparation, and serving the specific items of food to be described in its menus. Most of such planning, study, and acquisition was directly involved and dependent upon interstate commerce.

5. From 6 September 2016, Defendant employed Plaintiff actively to assist its representatives in the search for, ordering, acquiring, and viewing the equipment, furnishings, food preparation and preservation items, plates and eating utensils, all of which were needed or appropriate for the opening of the Defendant's second retail food service facility adjacent to Eastwood Road in Wilmington. All of such assistance of the Plaintiff directly involved products and goods being, or having been, supplied in interstate commerce.

6. This Honorable Court has subject matter jurisdiction pursuant to the provisions of the Fair Labor Standard Act found in Title 29 of the U.S. Code (The Act).

## FACTS

7. At all times material to this action, Plaintiff was an accomplished and professional cook searching for an opportunity to manage a retail food service operation.

8. On or about 6 September 2016, Defendant employed the Plaintiff, as hereinbefore alleged, and such employment changed on or about 1 September 2017, from work relating to the opening of Defendant's second retail food service establishment to the actual opening of that establishment on or about 1 September 2017.

9. From the opening of Defendant's Wilmington retail food service establishment until 5 July 2018, Plaintiff's job in the employ of Defendant was the management of the Defendant's retail food service establishment in Wilmington under the supervision of one of the managers of the Defendant.

10. On 5 July 2018, Plaintiff was summarily discharged without cause in a face-to-face meeting with one of the managers of the Defendant.

11. Plaintiff is satisfied, and has released the Defendant from, all compensation matters and issues arising between the Plaintiff and the Defendant from 1 September 2017 through the end of the employment of the

3

Plaintiff, and it is the duration between 6 September 2016 and 1 September 2017, during which Plaintiff was employed by Defendant as aforesaid without any pay whatsoever which is the subject of the present disputes between the parties.

FIRST CLAIM FOR RELIEF--WAGES

12. Plaintiff realleges each and every paragraph hereinbefore alleged as if restated herein.

13. For the duration between 6 September 2016 and 1 September 2017, and all the while being employed by Defendant, the Plaintiff was, and has been, paid nothing.

14. During the period in dispute, Plaintiff was employed by the Defendant to perform the services hereinbefore described.

15. Defendant agreed to pay the Plaintiff at the rate of $13.00 per hour for all such hours working in the employ of the Defendant.

16. Plaintiff is entitled to recover of the Defendant his earned wages in the sum of more than $10,000.00 for work done in the Defendant's employ during the period of 6 September 2016 through 31 August 2017.

SECOND CLAIM FOR RELIEF—LIQUIDATED DAMAGES AND COUNSEL FEES

17. Plaintiff realleges each and every allegation in Paragraphs No. 1 through 16.

18. Defendant willfully failed to pay Plaintiff at the rate of $13.00 per hour for the hours Plaintiff worked in the employ of the Defendant between 6 September 2016 through 1 September 2017.

19. Pursuant to the Act and as a result of such willful misconduct, this Court ought to order Defendant to pay for the Plaintiff's liquidated damages in an amount equal to 100% of the wages which Defendant has refused to pay the Plaintiff.

20. The Defendant ought to be ordered by this Court, as authorized by the applicable provisions of the Act, to pay the Plaintiff's reasonable counsel fees determined by this Honorable Court.

WHEREFORE, Plaintiff prays for judgment against the Defendant for unpaid wages in the sum of more than $10,000.00 and a like sum as damages for willful failure to pay wages, and Plaintiff's reasonable counsel fees to be determined by this Honorable Court.

Respectfully submitted this 30th day of August 2018.

/s/ Geoffrey A. Losee
Geoffrey A. Losee
Rountree Losee LLP
Post Office Box 1409
Wilmington, NC 28402-1409
Telephone: (910) 763-3404
Fax: (910) 763-0080
Email: glosee@rountreelosee.com
NC State Bar No. 21185
*Attorneys for Plaintiff*