IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:18-cv-00162-BO

| | |
|---|---|
| MICHAEL K. WISEMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATLANTIC TRADE GROUP, LLC d/b/a )<br>DRIFT COFFEE AND KITCHEN, )<br>)<br>Defendant. )<br>) | **JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT** |

Now come the parties to this action, and move the Court for an order approving their settlement agreement and dismissing this case, with prejudice. In support of this Motion, the parties show:

1. Plaintiff filed this action seeking unpaid wages pursuant to the federal Fair Labor Standards Act.

2. On December 20, 2018, the parties participated in a court-hosted mediated settlement conference presided over by Magistrate Judge Robert Jones. With the assistance of Judge Jones, the parties reached an agreement for resolution of this action. The parties further agreed that the terms of such settlement agreement will remain confidential.

3. The parties now ask that this Court approve the settlement agreement reached by the parties with the assistance of Judge Jones and enter an order dismissing this action, with prejudice.

WHEREFORE, the parties pray that this Court approve the settlement agreement reached by the parties at the court-hosted mediated settlement conference conducted on December 20, 2018, and that the Court dismiss this action, with prejudice.

This, the 21st day of December, 2018.

                ROUNTREE LOSEE LLP

By: /s/ Geoffrey A. Losee
     GEOFFREY A. LOSEE
     N.C. State Bar No. 21185
     P.O. Box 1409
     Wilmington, NC 28402-1409
     Telephone: (910) 763-3404
     Facsimile: (910) 763-0080
     E-mail: glosee@rountreelosee.com
     *Attorneys for Plaintiff*

                CRANFILL SUMNER & HARTZOG LLP

By: /s/ Benton L. Toups
     BENTON L. TOUPS
     N.C. State Bar No. 28910
     MATTHEW R. GAMBALE
     N.C. State Bar No. 43359
     319 N. 3rd Street, Suite 300
     Wilmington, NC 28401
     Telephone: (910) 777-6000
     Facsimile: (910) 777-6111
     E-mail: btoups@cshlaw.com
             mgambale@cshlaw.com
     *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT** with the Clerk of Court using the CM/ECF system, which will send notifications to each said party as follows:

Geoffrey A. Losee
Rountree Losee LLP
P.O. Box 1409
Wilmington, NC 28402-1409
glosee@rountreelosee.com
*Attorneys for Plaintiff*

This, the 21st day of December, 2018.

        CRANFILL SUMNER & HARTZOG LLP

By:   /s/ Benton L. Toups
      BENTON L. TOUPS
      N.C. State Bar No. 28910
      MATTHEW R. GAMBALE
      N.C. State Bar No. 43359
      319 N. 3rd Street, Suite 300
      Wilmington, NC 28401
      Telephone: (910) 777-6000
      Facsimile: (910) 777-6111
      E-mail: btoups@cshlaw.com
             mgambale@cshlaw.com
      *Attorneys for Defendant*