IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CV-162-BO

| | |
|---|---|
| MICHAEL K. WISEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ATLANTIC TRADE GROUP ) | |
| *d/b/a Drift Coffee and Kitchen*, ) | |
| ) | |
| Defendant. ) | |

As a result of the court-hosted settlement conference held on December 20, 2018, the parties have reached an agreement to settle all matters in controversy and shall consummate the settlement and file the appropriate documents to dismiss this case by no later than January 22, 2019.

SO ORDERED, the _21_ day of December 2018.

Robert B. Jones, Jr.
United States Magistrate Judge