IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:18-cv-00162-BO

| | |
|---|---|
| MICHAEL K. WISEMAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| ATLANTIC TRADE GROUP, LLC d/b/a DRIFT COFFEE AND KITCHEN, | ) **ORDER** |
| Defendant. | ) |

The parties conducted a court-hosted mediated settlement conference before the Honorable Magistrate Judge Robert Jones on December 20, 2018. With the assistance of Judge Jones, the parties reached an agreement to resolve all claims. The parties thereafter jointly moved this Court for an Order approving their settlement agreement and dismissing this action, with prejudice. The Court finds that the parties' Motion should be granted.

It is therefore ordered that the settlement agreement reached between the parties at the December 20, 2018, court-hosted mediated settlement conference is hereby approved, and this action is dismissed, with prejudice. Each party shall bear its own costs.

This the 20 day of January, 2019.

Terrence W. Boyle
CHIEF JUDGE TERRENCE W. BOYLE